UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES M. LYON and KRISTEN LYON, husband and wife,<br><br>    Plaintiffs,<br><br> v.<br><br>JARDEN CORPORATION, a Delaware corporation,<br><br><br><br> Defendant(s). | NO.  CV-09-3069-JPH<br><br>ORDER ON STIPULATION AND MOTION FOR ORDER OF DISMISSAL AND STRIKING STATUS CONFERENCE |

  A telephonic status conference was scheduled on January 19, 2011, on the court's motion to consider a proposed order of dismissal (Ct. Rec. 25). On January 18, 2011, the parties filed a stipulation and order of dismissal (Ct. Rec. 26). On December 11, 2009, the parties consented to proceed before a magistrate judge (Ct. Rec. 10).

  Accordingly,

  **IT IS ORDERED** that the parties' stipulated motion for entry of judgment of dismissal with prejudice **(Ct. Rec. 26) is GRANTED.**

  **THE case is dismissed** with prejudice. There is no award of attorney fees or costs. **The status conference is STRICKEN as moot**.

  The District Court Executive is directed to enter this order, enter judgment as indicated, forward copies to counsel, and **CLOSE the file**.

  **DATED** this 18th day of January, 2011.

ORDER ON STIPULATED MOTION TO DISMISS
WITH PREJUDICE
- 1

```
                              s/James P. Hutton

                              JAMES P. HUTTON
                       United States Magistrate Judge
```

ORDER ON STIPULATED MOTION TO DISMISS
WITH PREJUDICE
- 2