AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JAMES M. LYON and KRISTEN LYON,
husband and wife,

    Plaintiffs,

                    v.

JARDEN CORPORATION, a Delaware corporation,

    Defendant.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-3069-JPH

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice. There is no award of attorney fees or costs.

January 18, 2011

*Date*

JAMES R. LARSEN

*Clerk*

s/ Karen White

*(By) Deputy Clerk*

Karen White